IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  )<br>Kevin L. Hemphill,  )<br>Barbara J. Hemphill,  )<br>  )<br>    *Debtors*  )<br>  )<br>Kevin L. Hemphill,  )<br>Barbara J. Hemphill,  )<br>    *Movants*  )<br>  )<br>vs.  )<br>  )<br>Navy Federal Credit Union,  )<br>    *Respondent*  )  | Case No. 24-22069 GLT<br>Chapter 13<br><br>Docket No.<br><br><br><br><br><br>Related to Claim No. 9 |

## **ORDER OF COURT**

AND NOW, to wit this _____ day of _____, 2024, upon consideration of the Debtor's Objection to Claim No. 9 and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Claim Number 9 filed by the above captioned Respondent is disallowed in its entirety; and,

2. No fees, costs or charges shall be allowed against the debtor for defending this objection.

FURTHER ORDERED:




_____ J